FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 30 2023 ★
BROOKLYN OFFICE

From: Ansany Anequayke-Ngoy Sieulian
Formerly known as: John Sidney
United States v. John Sidney, 21CR290 (EK), 22CR40(EK)
Federal Register #58877-054
Brooklyn Detention Center
80 29th Street
Brooklyn, New York 11232

Attn: United States District Judge
Honorable Eric R. Komitee
225 Cadman Plaza East
Brooklyn, New York 11201

Date: August 17, 2023

Subj: Bias, Inhumane Treatment of Transgender inmate being placed in a male dominated institution, etc.

Honorable Judge Komitee,
Please take attention, that I wrote this letter in hopes that you as my sentencing judge can be of help in the current dilemma that I am facing of being designated to a jail

namely, United States Penitentiary Coleman which I have been denied by the Federal Bureau of Prisons to be properly housed in a female facility.

If you recall at my sentencing that I was in a female facility while confined in the New York State Department of Corrections and Community Supervision in Albion, New York; however since entering Brooklyn MDC I've been met with savage behaviors and bias treatment as a transgender female further my well being of mental health is greatly challenged with being treated fairly.

I've since had a legal name change prior to my being brought to the FBOP yet neither the Regional Director and or the Director of the Federal Bureau of Prisons has responded to the Judgement and commitment of your recommendation of being placed in the institution of my gender identity as a transgender female.

In my last federal sentence I was brutally raped and beaten yet it was never properly acknowledged by then Director Charles Samuels. I was punished for being a victim of rape. I've shown every document necessary to be placed in a female institution and yet my life, limb and liberty is being placed at stake of being in an all male prison.

My attorney Deirdre D. Newman claims she has no authority to render help in this situation, therein leaving me with no other choice but to write your respective chambers seeking help from the Honorable Court for I fear for my safety if placed in a all male dominated facility as you are aware. I'm confined to a wheelchair and blind so I am at a disadvantage if placed in such a rough and deviant environment where I will most assuredly be preyed upon by male inmates.

I am pleading that you please as my sentencing judge reach out to the Director of the Federal Bureau of Prisons and Regional Director of Northeast Region to advocate in my behalf of the dilemmas that I have faced in both previous incarcerations and attacks in male facilities as have been argued in your honorable court.

I have no other recourse either then to reach out to your honorable chambers in hopes that a favorable resolution can be rendered in my safety while in the custody of the Federal Bureau of Prisons. I do most graciously thank you for your time, expertise and help in this matter and look forward to a favorable response from your chambers soon.

Respectfully yours,
Ms. Antann Stewart
Formerly known as: John Maalea Sidney

From: Anamika-Nozzi Siouliqui
Federal Register # 58857-054
Brooklyn MDC - Federal Bureau of Prisons
80 29th Street
Post Office Box 329002
Brooklyn, New York 11232

Attn: Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
United States District Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201-1315

NEW YORK NY 100
14 AUG 2023 PM 9 L